# 48996571 E-Filed 11/16/2016 05:56:00 PM

Filing

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

STEVON KINGLOCK,            )
         Plaintiff,   )
                      )
    -vs-                    )
                      )
PROGRESSIVE EXPRESS INSURANCE    NO.
COMPANY,                 )
         Defendant.   )
_____/

## COMPLAINT

COMES NOW, Plaintiff, STEVON KINGLOCK, by and through the undersigned counsel, and sues the Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, and states:

1. This is an action for damages in excess of Fifteen Thousand ($15,000.00) Dollars.

2. At all times material hereto, Plaintiff, STEVON KINGLOCK, was and is a resident of Broward County, Florida.

3. At all times material hereto, Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY (hereinafter "PROGRESSIVE"), was and is a Foreign Profit Corporation licensed and authorized to do business, and in fact, doing business in Broward County, Florida, maintained one or more agents, employees and/or representatives in Broward County, Florida and provided uninsured/underinsured motorist coverage to Plaintiff herein.

4. On or about December 24, 2015, Plaintiff, STEVON KINGLOCK, was operating a motor vehicle at or near the intersection of Coral Ridge Drive and Atlantic

Boulevard West, Coral Springs, Broward County, Florida and was involved in a motor vehicle collision.

5. At said time and place, the tortfeasor, Codi Roxanne Lawrence, negligently operated and/or maintained the subject motor vehicle, a 2011 Hyundai Sonata, vehicle identification number 5NPEC4AC8BH044198, so that it collided with the vehicle that was being operated by the Plaintiff, STEVON KINGLOCK.

6. On or about December 24, 2015, the tortfeasor, Codi Roxanne Lawrence, was an uninsured motorist.

7. On or about December 24, 2015, the Plaintiff, STEVON KINGLOCK, was covered by a policy of uninsured/underinsured motorist insurance, issued by Defendant, PROGRESSIVE, bearing Policy Number 06440512-7, which was in effect on the date of the subject accident. A copy of the Policy is attached hereto as Exhibit A.

8. At all times material hereto, the above-described insurance policy issued by Defendant, PROGRESSIVE, was in full force and effect, and the benefits of which would inure to the Plaintiff, STEVON KINGLOCK.

9. The Policy was issued and delivered to Plaintiff and/or the named Insured, in the State of Florida.

10. At all times material hereto, Plaintiff, STEVON KINGLOCK, has notified Defendant, PROGRESSIVE, of this uninsured/underinsured motorist claim and has otherwise performed all conditions precedent which would entitle him to recover under the policy.

11. At all times material hereto, Plaintiff, STEVON KINGLOCK, has performed

all conditions precedent to the bringing of this action and all conditions precedent as set forth in any terms or provisions of the above-described insurance policy issued to Plaintiff by the Defendant, PROGRESSIVE.

12. At all times material hereto, under the provisions of the above-described insurance policy issued to Plaintiff by the Defendant, PROGRESSIVE, and/or pursuant to Florida law, the Plaintiff, STEVON KINGLOCK, is legally entitled to recover uninsured motorist benefits against the Defendant, PROGRESSIVE, for his injuries, damages, and losses as set forth herein and which were proximately caused by the negligence of the uninsured tortfeasor, Codi Roxanne Lawrence.

13. At all times material hereto, the Defendant, PROGRESSIVE, has breached its contract with Plaintiff, and breached its duties to the Plaintiff by failing and refusing to pay the uninsured motorist benefits owed to the Plaintiff.

14. As a direct, proximate and foreseeable result of the negligence of the uninsured tortfeasor, Codi Roxanne Lawrence, Plaintiff, STEVON KINGLOCK, suffered bodily injury and resulting pain and suffering, disability, disfigurement, scarring, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of a previously existing condition, and sustained permanent injuries and/or permanent loss of bodily function within a reasonable degree of medical probability. These losses are either permanent or continuing in nature and Plaintiff will suffer the above losses in the future.

WHEREFORE, Plaintiff, STEVON KINGLOCK, demands judgment for damages against Defendant, PROGRESSIVE EXPRESS INSURANCE COMPANY, according to

law, together with costs and interest, attorney's fees, and demands trial by jury of all issues so triable as a matter of right.

**STEINGER, ISCOE & GREENE, P.A.**
Coastal Tower
2400 E. Commercial Blvd., Suite 900
Fort Lauderdale, FL 33308
Telephone: (954) 491-7701
Ychan@injurylawyers.com
ganselmo@injurylawyers.com
Attorneys for Plaintiff

Yeemee Chan, Esquire
Florida Bar No.: 58355

4