UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60003-CIV-DIMITROULEAS

STEVEN KINGLOCK,

     Plaintiff,

v.

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation for Final Order of Dismissal with Prejudice [DE 24] (the "Joint Stipulation"), filed herein on January 25, 2018. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 24] is hereby **APPROVED**;

2.     This action is **DISMISSED with prejudice**;

3.     The January 26, 2018 Calendar Call is **CANCELLED**;

4.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of January, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record